UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIE MICHELLE SAPIEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:22-cv-00553-AWI-BAM<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**<br><br>(Doc. 12) |

On October 5, 2022, the parties filed a stipulation to modify the Scheduling Order and to allow Plaintiff an extension of time to serve a motion for summary judgment.  (Doc. 12.)

Having considered the request, and for good cause appearing, the parties' stipulation is GRANTED.  Plaintiff shall have an extension of time to December 19, 2022, to serve a motion for summary judgment.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

　　　Dated:  __**October 6, 2022**__　　　　　　　　　__/s/ Barbara A. McAuliffe__ _
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1